**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-4699**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

TERESA LYN FLETCHER,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:14-cr-00120-H-1)

Submitted: May 26, 2016            Decided: May 31, 2016

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Teresa Lyn Fletcher, Appellant Pro Se. G. Norman Acker, III, Jennifer P. May-Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa Lyn Fletcher appeals the district court's order denying Fletcher's self-styled "Motion for Judicial Review of Forfeiture Order," which Fletcher filed pro se in her criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Fletcher, No. 5:14-cr-00120-H-1 (E.D.N.C. Oct. 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED